# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**Case No. 4:05cv157**

**HAYDEN ENERGY, INC.**                                                                  **PLAINTIFF**

**V.**

**ENDEAVOR ENERGY RESOURCES, L.P.**                        **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Motions to Dismiss by both parties. Defendant Endeavor Energy first filed a motion to dismiss indicating that the parties lack diversity and that this Court lacks jurisdiction. Plaintiff Hayden Energy, seemingly in agreement with Endeavor, then filed a motion to dismiss, indicating an intent to pursue this action in state court. The Complaint in this action alleged that diversity jurisdiction existed pursuant to 28 U.S.C. § 1332. Both parties are citizens of Texas and therefore lack diversity. Resultingly, this matter is dismissed for lack of subject matter jurisdiction.

Endeavor Energy's Motion to Dismiss is hereby GRANTED [DN 74]. Hayden Energy's Motion to Dismiss and Motion to Dismiss Counterclaim are DENIED as moot [DN 77, 80].

cc: counsel of record